**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON AMENDED MOTION FOR REHEARING

Appellate case name:    Samuel J. Prater, M.D. and Krista G. Handyside, M.D. v. Telicia Owens

Appellate case number:   01-21-00264

Trial court case number:  2012-07534

Trial court:            152nd District Court of Harris County

Date motion filed:       August 31, 2022

Party filing motion:      Appellant


It is ordered that the amended motion for rehearing is **denied**.


Judge's signature: ____/s/ Julie Countiss_____
                Acting for the Court

Panel consists of: Chief Justice Radack and Justices Countiss and Farris.

Date: October 20, 2022